UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD STARKS and CAROL STARKS,<br><br>Plaintiffs,<br><br>v.<br><br>CAROL KEY and COVE APPARTMENT,<br><br>Defendants. | CASE NO. **2:23-cv-00933-JHC**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The complaint alleges "fraud, misrepresentation landlord made false statements" resulting in eviction and harm to Plaintiffs' rental and credit history. The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to Plaintiffs.

DATED this 23rd day of June, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1