1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD STARKS et al.,

     Plaintiffs,

  v.

THE COVE APARTMENTS et al.,

     Defendants.

CASE NO. C23-01493-KKE

ORDER

   This matter comes before the Court *sua sponte*.  On November 3, 2023, the Court issued an order that consolidated C23-00933-KKE with this case.  Dkt. No. 11.  The Order also directed Plaintiffs to show cause why this action should not be dismissed for lack of subject-matter jurisdiction no later than November 17, 2023.  *Id.* at 4.  The Plaintiffs have not responded. Accordingly, this case, and the consolidated case, C23-00933-KKE, are DISMISSED without prejudice.  The clerk is directed to close these cases.

   Dated this 8th day of February, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 1